UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                     :

MICHAEL GOLDING,                      :

                       :

            Plaintiff,       :

                       :      **ORDER**
      v.                   :      18-CV-7452 (WFK) (CLP)

                       :

NANCY A. BERRYHILL, *Acting Commissioner*  :
*of Social Security*,                    

                       :

           Defendant.     :
---------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On January 10, 2022, Chief Magistrate Judge Cheryl L. Pollak filed a Report and

Recommendation ("R&R"). ECF No. 20. The R&R recommends:

> [P]laintiff's motion be granted, and plaintiff's counsel's requested fee be approved. The
> undersigned further respectfully recommends that an Order issue directing the [Social
> Security Administration] to approve and disburse $8,800 out of the past-due [Social
> Security Disability Insurance] benefits payable to plaintiff as attorney's fees under 42
> U.S.C. § 406(b) and directing counsel to remit to plaintiff the [Equal Access to Justice
> Act] award that counsel has already received.

R&R at 6.

The parties did not file any objections to the Report and Recommendation, which were

due January 24, 2022. The Court reviews a Report and Recommendation for clear error when no

objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007)

(Garaufis, J.). The Court finds no such error here. The Court therefore adopts the Report and

Recommendation of Chief Magistrate Judge Pollak in its entirety.

**SO ORDERED.**

s/WFK

_____

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: January 26, 2022
      Brooklyn, New York